# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dave E. Starr

Plaintiff

v.

U.S. Government, U.S. Department of Justice, Bureau of Prisons, F.C.I. Waseca

Defendants

Case No. Civil 00-815 DWF/AJB

***JUDGMENT IN A CIVIL CASE***

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice. That the Clerk of Court is directed to send Plaintiff a copy of the complaint that he filed in this matter.

DATE: May 18, 2000

FRANCIS E. DOSAL, CLERK

________________________________

Victoria Moralez, Deputy Clerk